
FILED
CHARLOTTE, NC

DEC 7 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN THE MATTER OF THE SEIZURE OF )
) DOCKET NO.: 3:09mj284
ONE 2008 LEXUS, )
VIN JTJHW31U082858912, )
REGISTERED IN THE NAME OF )
KEITH FRANKLIN SIMMONS, )
) **ORDER**
_____ )

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Seizure Warrant Affidavit and Application numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 7th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE